IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| v. | ) Case No. **07 CR 164 S** |
| CHRISTOPHER W. DALLUM, | ) 18 U.S.C. § 2252(a)(4) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about December 15, 2006, in the Western District of Wisconsin, the

defendant,

CHRISTOPHER W. DALLUM,

knowingly possessed a Seagate Barracuda 80 gigabyte hard drive and two Maxell

DVDs, one labeled "Backup DVD/New" and one labeled "Everything Misc," all

containing visual depictions that were produced using materials which had been

shipped in interstate and foreign commerce, specifically, the hard drive and DVDs, and

the production of such visual depictions involved the use of minors engaging in

sexually explicit conduct, and the depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)).

A TRUE BILL

PRESIDING JUROR

ERIK C. PETERSON
United States Attorney

Indictment returned: _DEC 5, 2007_