# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Michael W. Lieberman, Supervising Attorney
Erika L. Bierma
Kelly A. Welsh

222 West Washington Avenue
Suite 300
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

April 1, 2008

Mr. Timothy M. O'Shea
Assistant United States Attorney
U.S. Attorney's Office for the
Western District of Wisconsin
660 West Washington Avenue, Suite 300
Madison, Wisconsin 53703

Re:   *United States v. Christopher W. Dallum*
      Case No. 07-CR-164-bbc

Dear Tim:

I am writing with regard to the discovery in the above-referenced matter. I am again requesting the recordings of the statements given. Specifically, Eric Dallum, Hannah Gidley, Ashley Swanson, Michelle Dallum, Stephanie Burgraff, Talia Bennett, and Mr. Dallum's two statements to law enforcement that occurred in April and December.

I am also requesting the FTK report again from Michelle Dallum's hard drive that was seized by the Superior Police Department.

Further, I am requesting the FTK report from the hard drive and laptop that was seized from Mr. Dallum's residence.

I am also requesting any reports generated by law enforcement regarding the analysis of any of the additional hard drives seized by Superior Police Department associated with the investigation of this case and the investigation of Douglas County case number 06 CF 323.

As you are aware, final pretrial submissions are due shortly and I am requesting that I be provided this additional discovery by later this week.

Thank you.

Very truly yours,


*/s/ Erika L. Bierma*
Erika L. Bierma
Associate Federal Defender

cc:    Magistrate Stephen L. Crocker
       Mr. Christopher Dallum