U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

APR - 8 2008

FILED
THERESA M. OWENS, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Plaintiff,

v.

CHRISTOPHER W. DALLUM,

               Defendant.

ORDER

07-cr-164-bbc

---

At an April 8, 2008 *ex parte* hearing this court granted defendant Christopher Dallum's request for a new attorney. As a result, I am striking the remainder of the current schedule in this case. The Federal Defender already has named Attorney Reed Cornia as Dallum's new attorney. Once Attorney Cornia has spoken with Dallum he should set up a conference call to the court with Assistant United States Attorney Timothy O'Shea so that we can set a new schedule.

Entered this 8th day of April, 2008.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge