

**U.S. Department of Justice**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

***Erik C. Peterson***
***United States Attorney***
***Western District of Wisconsin***

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

July 18, 2008

Attorney Reed Cornia
1213 North Sherman Avenue
P.O. Box 354
Madison, WI 53704

    Re:    *United States v. Christopher W. Dallum*
           Case No. 07-CR-164-C

Dear Attorney Cornia:

    I have enclosed additional discovery in the above-captioned case (numbered 724 - 887). If you have any questions, please give me a call.

                            Very truly yours,

                            ERIK C. PETERSON
                            United States Attorney

                            By:    /s/

                            TIMOTHY M. O'SHEA
                            Assistant United States Attorney

TMO:rm
Enclosures
cc:    Magistrate Judge Stephen L. Crocker