IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 07-CR-164-C |
| CHRISTOPHER DALLUM, | ) |
| Defendant. | ) |

MOTION IN LIMINE 3: WITNESS'S MISDEMEANOR CONVICTION

The United States of America, by Assistant United States Attorney Timothy M. O'Shea, moves *in limine* for an order under Federal Rules of Evidence 402, 403 and 609 precluding defense counsel from eliciting testimony, on either direct or cross-examination, or arguing to the jury, directly or indirectly, about Eric Dallum's misdemeanor conviction for having sex with a minor 16 years of age or older. Eric Dallum is the younger brother of the defendant. Such evidence or testimony would not bear on the elements of the charges or on Eric Dallum's credibility.

Dated this 3rd day of September 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By: _____
TIMOTHY M. O'SHEA
Assistant United States Attorney