# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                        Case No. 07-CR-164-C-01

**CHRISTOPER DALLUM**

    **Defendant.**

---

## CHRISTOPHER DALLUM'S FIRST MOTION *IN LIMINE*

---

Christopher Dallum, by Attorney Reed Cornia, Cornia Law, LLC, requests the Court enter an order prior to trial providing for the following relief:

That the government be prohibited from any reference to or use of physical evidence not previously disclosed to defense counsel.

                                    Respectfully submitted September 3, 2008

                                    Cornia Law, LLC
                                    Attorney for Christopher Dallum


                                    */s/*Reed Cornia_____
                                    Reed Cornia

1213 N. Sherman Ave, Box 354
Madison, WI 53704
Office: 608.242.0096
Fax: 608.242.0098

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was filed electronically on September 3, 2008 with the Clerk of Court using the ECF system which will send notification to filing to:

Attorney Timothy O'Shea
United States Attorneys Office
660 West Washington Ave.
Madison, WI 53701

/s/Reed Cornia
Reed Cornia