IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                            ORDER

           Plaintiff,

                                          11-cv-67-bbc
                                          07-cr-164-bbc

    v.

CHRISTOPHER DALLUM,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Christopher Dallum has filed a request for a copy of all court transcripts motions and rulings in his case. Attached to this order is a copy of defendant's docket sheet which he can review and indicate by docket number what documents he would like copied. He may submit his request to the clerk of court who will inform him of the total for copying charges at the indigent rate of $.10 a page.

       As to defendant's requests for a copy of all his transcripts, I construe the request as a motion for preparation of the transcripts at government expense, pursuant to 28 U.S.C. §753(f), which provides in relevant part:

> Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal <u>in forma pauperis</u> shall be paid

1

by the United States . . . if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Defendant has not said what aspect of his conviction he wishes to challenge or explained how the transcripts are necessary to decide the issue. Defendant filed a motion under 28 U.S.C. ss 2255 on January 24, 2011 which was denied on March 18, 2011. Without information as to why defendant needs the transcripts, I cannot certify either that his motion would not be frivolous or that the transcripts are necessary. Therefore, his request for preparation of the transcripts at government expense will be denied without prejudice. He may renew the motion at any time, explaining exactly why he needs the transcripts to support his motion.

ORDER

IT IS ORDERED that defendant Christopher Dallum's motion for preparation of a transcripts at government expense pursuant to 28 U.S.C. §753(f) is DENIED without prejudice.

Entered this 29th day of March, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge